UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAUREAN CARTER,

    Plaintiff,

v.

UNKNOWN MCCAULEY, et al.,

    Defendants.
_____/

Case No. 1:23-cv-450

HON. JANE M. BECKERING

### ORDER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendants Buchin (named as Bauchin) and Addis filed a Motion for Summary Judgment (ECF No. 41). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 44) on October 3, 2025, recommending that this Court grant Defendants' motion, Plaintiff's remaining claims against Defendants Addis and Buchin be dismissed, and this matter be terminated. The Report and Recommendation was duly served on the remaining parties. On November 13, 2025 an Order (ECF No. 47) was issued, which extended the deadline for Plaintiff to file any objections to the Report and Recommendation to December 1, 2025. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 44) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 41) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's remaining claims against Defendants Addis and Buchin are DISMISSED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections to the Report and Recommendation.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: December 22, 2025                              /s/ Jane M. Beckering
                                                                            JANE M. BECKERING
                                                                            United States District Judge